# UNITED STATES DISTRICT COURT

## Western District of Virginia

**Tiffany Verleigha Poindexter,**

Plaintiff,

**V.**

**TransUnion LLC**

Defendant.

CLERK'S OFFICE U.S. DISTRICT. COURT
AT LYNCHBURG, VA
FILED

JUL 02 2025

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

**Civil Action no.:**  [To be assigned]   6:25CV51

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## JURY TRIAL DEMANDED

_____

## INTRODUCTION

**1.** Plaintiff brings this action against TransUnion LLC, a consumer reporting agency, for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., arising out of Defendant's willful and/or negligent reporting of inaccurate information on Plaintiff's credit file, failure to conduct reasonable investigations upon dispute, and failure

to maintain reasonable procedures to ensure maximum possible accuracy of information reported.

---

## JURISDICTION AND VENUE

**2**. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1681p, which provides for jurisdiction of claims brought under the FCRA.

**3**. Venue is proper in this District under 28 U.S.C. § 1391(b), because the Defendant regularly conducts business in this District, and a substantial part of the events giving rise to the claims occurred in this District.

---

## PARTIES

**4.** Plaintiff, Tiffany V Poindexter, is a natural person and consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c), residing at 105 Chambers Street, Lynchburg, VA 24501.

**5.** Defendant, TransUnion LLC, is an Illinois limited liability company with its principal place of business at 555 West Adams Street, Chicago, IL 60661.

TransUnion is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).

---

## FACTUAL ALLEGATIONS

**6**. On or about March 4, 2025, Plaintiff obtained a copy of her consumer credit report prepared by TransUnion.

**7.** Upon review, Plaintiff discovered that TransUnion was reporting inaccurate and

materially misleading information concerning one or more tradelines. Specifically, the credit report showed :

### A. DPT ED/AIDV I Account # 99949832341E0082****

( Plaintiff spoke with Monica, a representative of the creditor by phone, who confirmed the correct account information orally on April 13, 2025 )

- Account Number is inaccurate, the correct account number is 994983234-1-08.
- Account Type is inaccurate, creditor was unable to verify.
- Number of months is reporting inaccurate, the creditor verified the loan was for 168 months.
- Balance is reporting inaccurate, creditor verified balance is $9780.09.
- High Credit limit is reporting inaccurate, creditor verified that there is no high credit amount.
- Credit Limit is inaccurate, creditor was unable to verify.
- Comments are inaccurate. TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full"
- Date Last Active is reporting inaccurate, creditor was unable to verify.
- Date of Last Payment is inaccurate, creditor verified last report of payment was 09/15/2015.
- Two Year Payment History is inaccurate, the creditor verified the last payment was 09/15/2015.

### B. DPT ED/AIDV I Account # 99949832341E0072****

( Plaintiff spoke with Monica, a representative of the creditor by phone, who confirmed the correct account information orally on April 13, 2025 )

- Account Number is reporting inaccurate, the correct account number is 994983234-1-07.

- Account Type is inaccurate, creditor was unable to verify.
- Number of months is reporting inaccurate, the creditor verified the loan was for 134 months.
- Balance is reporting inaccurate, creditor verified balance is $4087.70.
- High Credit limit is reporting inaccurate, creditor verified that there is no high credit amount.
- Credit Limit is inaccurate, creditor was unable to verify.
- Comments are inaccurate. TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full"
- Date Last Active is reporting inaccurate, creditor was unable to verify.
- Date of Last Payment is reporting inaccurate, the creditor verified the last report of payment was 09/15/2015.
- Two Year Payment History is inaccurate, the creditor verified the last payment was 09/15/2015.

C. **DPT ED/AIDV I  Account # 99949832341E0102******

( Plaintiff spoke with Monica, a representative of the creditor by phone, who confirmed the correct account information orally on April 13, 2025 )

- Account Number is inaccurate, the correct account number is 994983234-1-10.
- Account Type is inaccurate, creditor was unable to verify.
- Balance is reporting inaccurate, creditor verified balance as $7,853.77.
- Number of months the reporting is inaccurate, the creditor verified the loan was for 148 months.
- High Credit limit is reporting inaccurate, creditor verified there is no high credit amount.
- Credit Limit is inaccurate, creditor was unable to verify.

- Comments are inaccurate. TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full"
- Date Last Active is reporting inaccurate, creditor was unable to verify.
- Date of Last Payment is reporting inaccurate, the creditor verified there is no record of a payment made for this loan.
- Two Year Payment History is inaccurate, the creditor verified there has not been a payment made for this loan.

D. **DPT ED/AIDV I  Account # 99949832341E0092\*\*\*\***

( Plaintiff spoke with Monica, a representative of the creditor by phone, who confirmed the correct account information orally on April 13, 2025 )

- Account Number is reporting inaccurate, the correct account number is 994983234-1-09.
- Account Type is inaccurate, creditor was unable to verify.
- Balance is reporting inaccurate, creditor verified balance is $4171.91.
- Number of months the reporting is inaccurate, creditor verified months of loan is 134 months.
- High Credit Limit is reporting inaccurate, creditor verified there is no high credit limit.
- Credit Limit is inaccurate, the creditor was unable to verify.
- Comments are inaccurate. TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full"
- Date Last Active is reporting inaccurate, creditor unable to verify.
- Date of Last Payment is inaccurate, the creditor verified there is no record of a payment made for this loan.
- Two Year Payment History is inaccurate, the creditor verified there has not been a payment made for this loan.

### E. DPT ED/AIDV I  Account # 99949832341E0112\*\*\*\*

( Plaintiff spoke with Monica, a representative of the creditor by phone, who confirmed the correct account information orally on or about April 13, 2025 )

- Account Number is reporting inaccurate, the correct account number is 994983234-1-11.
- Account Type is inaccurate, creditor was unable to verify.
- Balance is reporting inaccurate, creditor verified balance is $ 4060.21.
- Number of months is inaccurate, the creditor verified number of months is 135 months.
- High credit limit is reporting inaccurate, creditor verified there is no high credit amount.
- Credit Limit is inaccurate, creditor was unable to verify.
- Comments are inaccurate. TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full"
- Date Last Active is reporting inaccurate, creditor was not able to verify.
- Date of Last Payment is inaccurate, the creditor verified there is no record of a payment made for this loan.
- Two Year Payment History is inaccurate, the creditor verified there has not been a payment made for this loan.

### F. DPT ED/AIDV I  Account # 99949832341E0122\*\*\*\*

( Plaintiff spoke with Monica, a representative of the creditor by phone, who confirmed the correct  account information orally on or about April 13, 2025)

- Account Number is reporting inaccurate, the correct account number is 994983234-1-12.
- Account Type is inaccurate, creditor was unable to verify.

- Balance is reporting inaccurate, creditor verified balance is $ 7072.62.
- Number of months is reporting inaccurate, the creditor verified the number of months is 150 months.
- High credit limit is reporting inaccurate, creditor verified there is no high credit amount.
- Credit Limit is inaccurate, creditor was unable to verify.
- Comments are inaccurate. TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full"
- Date Last Active is reporting inaccurate, creditor was not able to verify.
- Date of Last Payment is inaccurate, the creditor verified there has not been a payment made for this loan.
- Two Year Payment History is inaccurate, the creditor verified there has not been a payment made for this loan.

### G. **MONEYLION I  Account # LLI4289\*\*\*\***

( Plaintiff spoke with Lilyan, a representative of the creditor by phone, who confirmed the correct account information orally on or about April 13, 2025)

- Account Number is reporting inaccurate, the creditor was unable to verify.
- Account Type is inaccurate, the creditor was unable to verify.
- Monthly Payment is inaccurate, verified monthly payment was $40.00.
- Balance is reporting inaccurate, the creditor was unable to verify.
- High Credit limit is reporting inaccurate, the creditor verified there is no High Credit Limit.
- Credit Limit is inaccurate, the creditor verified the credit limit was $500.00
- Payment status is inaccurate, the creditor verified the account is closed.
- Date last reported is inaccurate, the creditor was unable to verify.

- Comments are inaccurate. TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full".
- Date Last Active is reporting inaccurate, creditor was unable to verify.
- Two Year Payment History is inaccurate, it is blank yet reporting the date of last payment was December 2019.

### H. MONEYLION I  Account # LLI4306****

( Plaintiff spoke with Lilyan, a representative of the creditor by phone, who confirmed the correct account information orally on or about April 13, 2025)

- Account Number is reporting inaccurate, the creditor was unable to verify.
- Account Type is inaccurate, the creditor was unable to verify.
- Monthly Payment is inaccurate, verified monthly payment was $40.00.
- Balance is reporting inaccurate, the creditor was unable to verify.
- High credit limit is reporting inaccurate, the creditor verified there is no High Credit Limit.
- Credit Limit is inaccurate, the creditor verified the credit limit was $500.00
- Payment status is inaccurate, the creditor verified the account is closed.
- Date last reported is inaccurate, the creditor was unable to verify.
- Comments are inaccurate. TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full".
- Date Last Active is reporting inaccurate, creditor was unable to verify.
- Two Year Payment History is inaccurate, it is blank yet reporting the date of last payment was April 2020.

### I. GS BANK USA I  Account # 120001200643****

**Inaccurate Reporting account when account was a Charged-off**

( Plaintiff spoke with Amy, a representative of the creditor by phone, who confirmed the correct  account information orally on April 13, 2025)

- Account Number is reporting inaccurate, the correct account number is 1200012006436035.
- Account Type is incomplete, creditor verified that it is a credit card.
- Account Status is inaccurate, account was charged off.
- Balance is inaccurate, account was charged-off.
- High Credit limit is inaccurate. Account was charged-off.
- Past Due is inaccurate, creditor verified past due is 1819.78 and account was charged-off.
- Comments are inaccurate. TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full"
- Date Last Active is reporting inaccurate, account was charged off.
- Date of Last Payment is inaccurate, the account was charged off.
- Two Year Payment History is inaccurate, it is blank yet reports the date of last payment was April 2023.

## J.  MEMONE  I  Account # 372976****

### Inaccurate Reporting account moved to Collections

( Plaintiff spoke with Cara, a representative of the creditor by phone, who confirmed the correct account information orally on April 13, 2025)

- Account Number is reporting inaccurate, the creditor was unable to verify the account/file was moved to collections, Sublett Pearsons PLC.
- Account Type is inaccurate, the creditor was unable to verify the account/file was moved to collections, Sublett Pearsons PLC.
- Account Status is inaccurate, the creditor was unable to verify the account/file was moved to collections, Sublett Pearsons PLC.

- Date Opened is inaccurate, the creditor was unable to verify account/file was moved to collections, Sublett Pearsons PLC.
- Balance is inaccurate, creditor was unable to verify account/file was moved to collections, Sublett Pearsons PLC.
- The High Credit limit is inaccurate, the creditor was unable to verify the account/file was moved to collections, Sublett Pearsons PLC.
- Last Reported is inaccurate. The creditor was unable to verify the account/file was moved to collections, Sublett Pearsons PLC.
- Comments are inaccurate.TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full"
- Date Last Active is inaccurate. The creditor was unable to verify the account/file was moved to collections, Sublett Pearsons PLC.
- Two Year Payment History is inaccurate, it is blank yet the account is still reporting.

### K. BK OF AMER I  Account # 440066593285****

**Inaccurate Reporting account was a Charged-off**

( Plaintiff spoke with Loretta, a representative of the creditor by phone, who confirmed the correct  account information orally on April 13, 2025)

- Account Number is reporting inaccurate, the creditor can only verify the last four digits of the account number 4878.
- Account Type is inaccurate, creditor verified account type credit card.
- Account Status is inaccurate, creditor verified account was charged off.
- Date Opened is inaccurate, creditor unable to verify account was charged off.
- High Credit limit is inaccurate. Account was charged off.
- Credit limit is inaccurate, verified credit limit as $1000.00

- Comments are inaccurate. TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full"
- Date Last Active is reporting inaccurate, account was charged off.
- Date of Last Payment is inaccurate, the account was charged off.
- Two Year Payment History is inaccurate, it is blank yet reporting the date of last payment was March 2023.

### L.  CAPITAL ONE I  Account # 51530751****

**Inaccurate Reporting account was a Charged-off**

( Plaintiff spoke with Liam, a representative of the creditor by phone, who confirmed the correct  account information orally on April 13, 2025)

- Account Number is reporting inaccurate, the creditor can only verify the last four digits of the account number 2944.
- Account Type is incomplete, account was charged off.
- Account Status is inaccurate, account was charged off.
- High Credit limit is inaccurate, verified there is no High Credit Limit.
- Credit limit is inaccurate, verified as $300.00.
- Last Reported is inaccurate, unable to verify due to the account being charged off.
- Comments are inaccurate.TransUnion was notified that this should not be reporting anything and is to remain blank or read " Paid In Full"
- Date Last Active is inaccurate, unable to verify due to the account being charged off.
- Date of Last Payment is inaccurate, unable to verify due to account being charged off.
- Two Year Payment History is inaccurate, it is blank yet reporting the date of last payment was March 2023.

**8.** The information reported by TransUnion was false, incomplete, and/or materially misleading and did not accurately reflect Plaintiff's credit history.

**9.** Plaintiff immediately submitted a written dispute to TransUnion under 15 U.S.C. subsection 1681i, enclosing documentation that supported the inaccuracy and requesting reinvestigation and correction of the disputed item(s).

**10.** Despite receiving sufficient notice and evidence, TransUnion failed to conduct a reasonable reinvestigation and continued to report the inaccurate information.

**11.** TransUnion failed to provide Plaintiff with the results of its reinvestigation within 30 days, as required by 15 U.S.C. subsection 1681i(a)(6).

**12.** As a result of TransUnion's actions and omissions, Plaintiff has suffered actual damages including but not limited to: credit denials, higher interest rates, emotional stress, loss of credit opportunity, and reputational harm.

---

## CLAIMS FOR RELIEF

### COUNT I – VIOLATION OF THE FCRA (15 U.S.C. § 1681e(b))

(Failure to Follow Reasonable Procedures to Ensure Accuracy)

**13.** Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

**14.** TransUnion failed to follow reasonable procedures to assure maximum possible accuracy of the information in Plaintiff's credit report.

**15.** As a result, TransUnion published false and inaccurate credit information about Plaintiff.

**16.** TransUnion's violation was willful, entitling Plaintiff to statutory and punitive damages under 15 U.S.C. § 1681n. In the alternative, TransUnion was negligent, entitling Plaintiff to actual damages under 15 U.S.C. § 1681o.

## COUNT II – VIOLATION OF THE FCRA (15 U.S.C. § 1681i)

(Failure to Conduct a Reasonable Reinvestigation)

**17.** Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

**18.** TransUnion failed to conduct a reasonable reinvestigation after Plaintiff submitted a dispute regarding inaccurate information on the credit report.

**19.** TransUnion failed to review all relevant information provided by Plaintiff, and/or failed to correct or delete the disputed information.

**20.** TransUnion's failure to properly reinvestigate the disputed items resulted in continued publication of false information.

**21.** These actions were willful or, in the alternative, negligent, entitling Plaintiff to statutory and/or actual damages.

---

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully moves this Honorable Court to enter judgment in Plaintiff's favor and against Defendant as follows:

**A**. Award Plaintiff actual damages in an amount to be determined at trial;

**B**. Award Plaintiff statutory damages of $1,000 pursuant to 15 U.S.C. § 1681n(a);

**C**. Award Plaintiff punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

**D.** Award Plaintiff costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n and/or § 1681o;

**E.** Issue injunctive relief ordering TransUnion to correct the inaccurate entries and cease reporting them;

**F.** Grant such other and further relief as the Court deems just and proper.

---

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

**Respectfully submitted,**

*Tiffany V Poindexter © Pro Se*

**Tiffany Verleigha Poindexter**

**105 Chambers Street**

**Lynchburg, Virginia 24501**

**(434)-583-8429**

t.vpoindexter@gmail.com

**Plaintiff, Pro Se**